Entered: August 8th, 2025
Signed: August 7th, 2025

# DENIED

For the reasons stated in the oppositions filed by the creditors at Dkt. No. 299 and the Chapter 7 Trustee at Dkt. No. 301, the Debtor's motion to vacate the sale of the Liberty Heights property and sanction the Chapter 7 Trustee is denied. The Trustee did not sell the Liberty Heights property, the Chapter 7 Trustee has not violated any stay, and the Court previously denied the Debtor's request for this relief.



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND (Greenbelt Division)

In re:
**Maurice Briscoe**, Debtor
Case No. 23-12106
Chapter 7

TO: ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that the Debtor, Maurice Briscoe, **pro se**, has filed the following motion:

## MOTION TO VACATE UNAUTHORIZED SALE AND FOR SANCTIONS AGAINST TRUSTEE FOR BAD FAITH CONDUCT

NOW COMES the Debtor, **Maurice Briscoe**, appearing **pro se**, and respectfully moves this Honorable Court to vacate any completed or pending sale of Debtor's real property located at **5007 Liberty Heights Avenue, Baltimore, Maryland 21207**, and to impose sanctions on Chapter 7 Trustee **Merrill Cohen** for knowingly allowing a violation of the automatic stay and failing to act against a lender who violated federal bankruptcy law. In support of this motion, Debtor states:

### I. BACKGROUND

1. Debtor filed for Chapter 7 bankruptcy in March 2023, initiating Case No. 23-12106.
2. The real property located at **5007 Liberty Heights Avenue, Baltimore, Maryland 21207** is part of the Chapter 7 estate.
3. An appeal is pending before the United States District Court, Case No. **8:25-cv-01184-PX**, concerning the sale and other rulings by the bankruptcy court.
4. Despite the pendency of this appeal, and without a proper stay lift or court approval, Trustee **Merrill Cohen permitted or failed to prevent** the sale or attempted sale of this property.
5. The court **denied a stay**, but the appeal remains active, and the sale was conducted **in disregard of that appellate process**

### II. BAD FAITH AND BREACH OF DUTY

6. Trustee Merrill Cohen acted in **bad faith** by:
    - Knowingly allowing a **violation of the automatic stay**;
    - Refusing to take legal action against a lender (Pathik Rami or agent) who acted unlawfully;

3

- o Failing to seek court direction before allowing the transfer or encumbrance of the property;
- o Compromising the integrity of the bankruptcy estate and the rights of the Debtor under 11 U.S.C. §§ 541, 362, and 704.
7. These acts and omissions are inconsistent with the Trustee's fiduciary obligations under the Bankruptcy Code and warrant judicial intervention and sanction.

## III. REQUESTED RELIEF

Debtor respectfully requests this Honorable Court:

1. **VACATE** the sale or pending sale of 5007 Liberty Heights Avenue, Baltimore, MD 21207;
2. **SANCTION** Trustee Merrill Cohen for knowingly acting in bad faith and violating fiduciary duties;
3. **ORDER** that the property be returned to the estate or that Debtor be compensated for the fair market value;
4. **RESTRICT** further sale or transfer of estate property while the appeal remains pending;
5. **REFER** the Trustee's conduct to the Office of the United States Trustee for investigation;
6. Grant **any further relief** the Court deems appropriate and just.

Respectfully submitted,

/s/ Maurice Briscoe
Maurice Briscoe, Pro Se
9903 Nicol Court West
Mitchellville, MD 20721
301-404-6932
mauricebriscoe@msn.com

Dated: July 11, 2025

---

## CERTIFICATE OF SERVICE

I, **Maurice Briscoe**, hereby certify that on this **11th day of July 2025**, I served a copy of this Motion to Vacate Unauthorized Sale and for Sanctions Against Trustee upon the following parties by first-class mail and/or ECF:

- **Merrill Cohen**, Chapter 7 Trustee
  11501 Georgia Avenue, Suite 213
  Wheaton, MD 20902
- **Office of the U.S. Trustee**
  6305 Ivy Lane, Suite 600
  Greenbelt, MD 20770

Levin Gann
1 Pennsylvania Ave
Towson MD 21204


Maurice Briscoe, Pro Se
*Maurice Briscoe*

DENIED