**DENIED**

For the reasons stated in the oppositions filed by the creditors at Dkt. No. 299 and the Chapter 7 Trustee at Dkt. No. 301, the Debtor's motion to vacate the sale of the Liberty Heights property and sanction the Chapter 7 Trustee is denied. The Trustee did not sell the Liberty Heights property, the Chapter 7 Trustee has not violated any stay, and the Court previously denied the Debtor's request for this relief.



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND (Greenbelt Division)

**In re:**
**Maurice Briscoe**, Debtor
Case No. 23-12106
Chapter 7

TO: ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that the Debtor, Maurice Briscoe, **pro se**, has filed the following motion:

## MOTION TO VACATE UNAUTHORIZED SALE AND FOR SANCTIONS AGAINST TRUSTEE FOR BAD FAITH CONDUCT

NOW COMES the Debtor, **Maurice Briscoe**, appearing **pro se**, and respectfully moves this Honorable Court to vacate any completed or pending sale of Debtor's real property located at **5007 Liberty Heights Avenue, Baltimore, Maryland 21207**, and to impose sanctions on Chapter 7 Trustee **Merrill Cohen** for knowingly allowing a violation of the automatic stay and failing to act against a lender who violated federal bankruptcy law. In support of this motion, Debtor states:

### I. BACKGROUND

1. Debtor filed for Chapter 7 bankruptcy in March 2023, initiating Case No. 23-12106.
2. The real property located at **5007 Liberty Heights Avenue, Baltimore, Maryland 21207** is part of the Chapter 7 estate.
3. An appeal is pending before the United States District Court, Case No. **8:25-cv-01184-PX**, concerning the sale and other rulings by the bankruptcy court.
4. Despite the pendency of this appeal, and without a proper stay lift or court approval, Trustee **Merrill Cohen permitted or failed to prevent** the sale or attempted sale of this property.
5. The court **denied a stay**, but the appeal remains active, and the sale was conducted **in disregard of that appellate process**

### II. BAD FAITH AND BREACH OF DUTY

6. Trustee Merrill Cohen acted in **bad faith** by:
    - Knowingly allowing a **violation of the automatic stay**;
    - Refusing to take legal action against a lender (Pathik Rami or agent) who acted unlawfully;

## II. LEGAL STANDARD

A TRO may be granted where the moving party demonstrates:

1. A likelihood of success on the merits,
2. A likelihood of irreparable harm absent relief,
3. That the balance of hardships tips in their favor,
4. And that the public interest favors granting relief.

*Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008).

Appellant satisfies each of these factors.

## III. PRAYER FOR RELIEF

WHEREFORE, Appellant respectfully requests that this Court:

1. **Issue an immediate Temporary Restraining Order**, enjoining any party from further sale, transfer, assignment, or encumbrance of the properties.
2. 
3. **Stay enforcement of any foreclosure, sale, or eviction proceedings** related to this property pending resolution of this appeal;
4. Set this matter for an **expedited hearing** to determine whether a preliminary injunction should be granted;
5. Grant such other and further relief as this Court deems just and proper

Respectfully submitted,
Dated: 7/11, 2025

/s/ Maurice Briscoe
Maurice Briscoe
9903 Nicol Court West
Mitchellville, MD 20721
301-404-6932
mauricebriscoe@msn.com
**Pro Se Appellant**

*Maurice Briscoe*

[DENIED]

CERTIFICATE OF SERVICE
July 14 2025

I MAURICE BRISCOE SERVED A COPY of This motion to

~~DENIED~~

Merill Cohen
11501 Georgia AVE #213
Wheaton MD 20902

Levin Gann
1 Pennsylvania AVE
Towson MD 21204

Maurice Briscoe
7/14/25