Entered: August 8th, 2025
Signed: August 7th, 2025

# DENIED

The certificate of service attached to the Chapter 7 Trustee's motion to sell the Debtor's interests in real property [see Dkt. No. 272] and the certificate of mailing regarding the Court's order granting the Chapter 7 Trustee's motion [see Dkt. Nos. 296 and 296] confirm that the Debtor received notice of the sale. A list of the properties at issue is attached as Exhibit A to the agreement attached to the motion to sell [see Dkt. No. 272-1]. Once again, the Court encourages the Debtor to engage experienced bankruptcy counsel who can advise the Debtor regarding his rights and obligations.



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE



UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND (Greenbelt Division)

In re:

MAURICE BRISCOE,

Debtor

Case No.: 23-12106-MCR

Chapter 7

EMERGENCY MOTION TO STAY SALE OF ESTATE PROPERTY, VACATE PRIOR ORDER PURSUANT TO RULE 60(b), AND FOR SANCTIONS AGAINST TRUSTEE

NOW COMES the Debtor, Maurice Briscoe, pro se, and respectfully requests that this Honorable Court enter an Emergency Order staying all pending or future sales of estate property, vacating any prior sale-related orders issued without adequate notice, and issuing sanctions against the Trustee, Merrill Cohen, for breach of fiduciary duty and violation of the Debtor's due process rights. In support thereof, the Debtor states:

1. The Debtor filed for Chapter 7 bankruptcy protection on or about March 2023.
2. On or about August 2023, a property located at 5007 Liberty Heights Avenue was sold without court approval or notice to the Debtor, in violation of the automatic stay under 11 U.S.C. § 362.
3. The Trustee, Mr. Merrill Cohen, failed to take timely action to recover the property or its proceeds, despite his fiduciary obligation to preserve the estate.
4. The Trustee has confirmed that additional properties owned by the Debtor are being sold to repay a lender who has already received $380,000, exceeding the alleged debt of $300,000.
5. The Debtor has not been informed which properties are being sold, despite multiple requests to the Trustee. The Trustee directed the Debtor to contact the lender, who did not respond.
6. The Court has already entered sale orders, yet the Debtor has not received notices of

4

sale or the specific motions related to these transactions.

ARGUMENT

7. Due Process Violation: The Debtor was denied basic due process guaranteed under the U.S. Constitution and the Bankruptcy Code by not being notified of which estate assets are being sold or given an opportunity to object.

8. Violation of Bankruptcy Rules: The Trustee's failure to provide proper notice or identify properties being sold violates Fed. R. Bankr. P. 6004 and 9014, requiring notice and opportunity for hearing before estate property is sold.

9. Improper Payments to Lender: The lender has received more than it is owed ($380,000 on a $300,000 debt), without documentation, court approval, or permits for alleged repairs.

10. Grounds for Relief: Relief is warranted under Fed. R. Civ. P. 60(b)(1), (3), and (6) for mistake, fraud, and extraordinary circumstances.

11. Emergency Relief Required: Unless immediate relief is granted, the Debtor stands to lose additional property interests without lawful process, and the estate may be irreparably harmed.

RELIEF REQUESTED

WHEREFORE, the Debtor respectfully requests this Court to:

1. Issue an emergency stay of all current and future property sales by the Trustee pending full review;
2. Vacate any sale orders entered without notice to the Debtor;
3. Order the Trustee to immediately identify all properties sold or scheduled for sale;
4. Sanction the Trustee for breach of fiduciary duty and failure to comply with notice requirements;
5. Grant such other and further relief as this Court deems just and proper.

Respectfully submitted,

/s/ Maurice Briscoe
Maurice Briscoe
9903 Nicol Court West
Mitchellville, MD 20721
(301) 404-6932
mauricebriscoe@msn.com

Dated: August 5, 2025

*Marita Blanke*



DENIED

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MARYLAND (Greenbelt Division)

In re:

MAURICE BRISCOE,

Debtor

Case No.: 23-12106-MCR

Chapter 7

## DECLARATION OF MAURICE BRISCOE

I, Maurice Briscoe, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge, information, and belief:

1. I am the Debtor in the above-captioned Chapter 7 bankruptcy case.
2. I filed for bankruptcy in March 2023 to protect my legal rights and property interests.
3. In August 2023, property located at 5007 Liberty Heights Avenue was sold without court approval or proper notice.
4. Trustee Merrill Cohen has failed to protect the estate's assets and is now facilitating further property sales to repay a lender who has already received $380,000, despite a debt of only $300,000.
5. I have not received notice of which additional properties are being sold and my repeated requests to the Trustee and lender have gone unanswered.
6. I have substantial equity in my real estate holdings, estimated at over $1,000,000, which is now at risk.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 5, 2025

/s/ Maurice Briscoe
Maurice Briscoe

### [PROPOSED] ORDER STAYING SALE OF ESTATE PROPERTY AND SETTING HEARING

Upon consideration of the Debtor's Emergency Motion to Stay Sale of Estate Property and for Related Relief, it is hereby:

ORDERED, that the sale of any estate property in this case is STAYED pending further order of the Court; and it is further

ORDERED, that the Trustee shall file a list of all real properties sold or scheduled for sale, including purchaser and payment information, within 7 days; and it is further

ORDERED, that a hearing on the motion is hereby set for _____ at _____.

SO ORDERED.

Dated: _____

_____
United States Bankruptcy Judge

**DENIED**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5 day of August, 2025, a copy of the foregoing Emergency Motion, Declaration, and Proposed Order was sent via CM/ECF or first-class mail, postage prepaid, to:

Merrill Cohen, Chapter 7 Trustee
2600 Tower Oaks Blvd., Suite 103
Rockville, MD 20852
Email: mcohen@cohenbaldinger.com

And to all parties entitled to notice via CM/ECF in Case No. 23-12106-MCR.

*[signature]*

2

Respectfully submitted,

/s/ Maurice Briscoe
Maurice Briscoe


8/5/25



## SUPPLEMENTAL STATEMENT REGARDING DOCUMENTARY PROJECT

The Debtor, Maurice Briscoe, respectfully notifies the Court that he, along with his daughter, Tamika Briscoe—a journalist holding a Master's degree in Journalism—is currently developing a documentary project intended to expose systemic abuses and breakdowns in bankruptcy protections, specifically as they relate to pro se debtors and the administration of cases in the Greenbelt Division of the U.S. Bankruptcy Court for the District of Maryland.

This documentary effort stems from the Debtor's personal experience of alleged misconduct and failures to uphold statutory protections, including the improper sale of real estate during an active bankruptcy proceeding, violations of the automatic stay, lack of transparency from the appointed Trustee, and substantial financial harm resulting from lack of judicial oversight.

The Debtor and Ms. Briscoe have previously produced multiple documentaries for television and digital media, and this project is being pursued in the public interest to increase transparency and accountability within the bankruptcy system.

This information is submitted to supplement the record and to provide context regarding the Debtor's ongoing efforts to seek redress and public accountability.

/s/ Maurice Briscoe
Maurice Briscoe

*[handwritten signature]*
8/5/25

*[DENIED stamp overlay]*