IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| In Re: | : |
| | : |
| MAURICE BRISCOE | :   Case No.  23-12106-MCR |
| | :   Chapter 7 |
| Debtor | : |

------------------------------------------------------

### TRUSTEE'S REPORT OF SALE

Merrill Cohen, Trustee in the above-captioned case, pursuant to Bankruptcy Rule 6004 (f)(1), respectfully submits the following Report of Sale:

1. Date of Sale: July 21, 2025

2. Type of Sale: Private Sale

3. Property Sold: All of the bankruptcy estate's interest in the property set forth in Exhibit A

4. Purchaser: MBPR Holdings LLC

5. Gross Sales Price: $35,000.00

6. Sales Agent/Broker:   None

7. Commission Paid on Sale: N/A

8. Debtor's Exemption: None

9. Liens Paid from Sale Proceeds / Attaching to Proceeds: None

10. Expenses of Sale:   None

11. Net to Estate: $35,000.00

12. Amount Disbursed to Date/Retained by Trustee: The Trustee is holding the sum of $35,000.00 to be disbursed later.

1

     /s/   *Merrill Cohen*
Merrill Cohen, Trustee
P.O. Box 53
Harbeson, DE 19951
(302) 200-9271

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of November, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing was served electronically via the Court's CM/ECF system on the following:

Stanford Gann, Esq., Attorney for MBPR Holdings LLC

I HEREBY CERTIFY that on this 25th day of November, 2025, a copy of the foregoing was mailed first class mail, postage prepaid to: Maurice Briscoe, 9903 Nicol Court West, Mitchellville, MD 20721; and the Office of the United States Trustee, 6305 Ivy Lane, Ste. 600, Greenbelt, MD 20770.

     */s/ Merrill Cohen*
Merrill Cohen