Exhibit A

All of the debtor's right, title and interest, if any, in the following real properties:

1. 1909 W. North Ave., Baltimore, MD 21217-1204
2. 2510 Robb St., Baltimore, MD 21218-4830
3. 800 N. Rosedale St., Baltimore, MD 21216-4615
4. 3901 Princely Way, Baltimore, MD 21208
5. 939 Ellicot Dr., Driveway, Baltimore, MD 21216-4219
6. 3119 Brighton St., Baltimore, MD 21216-3810
7. 3702 Liberty Heights Ave., Baltimore, MD 21215-7117
8. 5007 Liberty Heights Ave., Baltimore, MD 21207-7054
9. 417 N. Bradford St., Baltimore, MD 21224
10. 9903 Nicol Ct. W., Bowie, MD 20721-2960

All of the debtor's right, title and interest, including any membership interest, if any, in the following entities:

1. Team Briscoe Entertainment TBE, LLC
2. 3119 Brighton Street, LLC
3. 5007 Liberty Heights Ave., LLC
4. O-Lance, LLC
5. Briscoe Job Well Done, LLC