Entered: January 26th, 2026
Signed: January 26th, 2026

# DENIED

The movant has not met his burden in demonstrating the four factors warranting the extraordinary relief of a stay pending appeal. See Culver v. Boozer, 285 B.R. 163 (D. Md. 2002) (setting forth four factors); In re Schweiger, 578 B.R. 734 (Bankr. D. Md. 2017) (denying stay pending appeal of lift stay order); and In re Symington, 211 B.R. 520, 522 (Bankr. D. Md. 1997) (a stay pending appeal is extraordinary relief). The movant's disagreement with the Court's ruling does not justify a stay.



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE



## DOCUMENT 1 – NOTICE OF APPEAL

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Greenbelt

In re:
**Maurice Briscoe**, Debtor
Case No.: 23-12106
Chapter 7

### NOTICE OF APPEAL

Notice is hereby given that **Maurice Briscoe**, Debtor and Appellant, appeals to the **United States District Court for the District of Maryland** from the Order entered in this case on **July 14, 2025**, by the Honorable Maria Ruark.

This appeal is distinct from prior appeal **8:25-cv-000169**, which was denied, and concerns new and independent grounds arising from the July 14, 2025 ruling.

## DOCUMENT 2 – STATEMENT OF ISSUES ON APPEAL

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

In re:
**Maurice Briscoe**, Debtor
Case No.: 23-12106
Chapter 7

### STATEMENT OF ISSUES ON APPEAL

1. **Sale During Automatic Stay** — Whether the Bankruptcy Court erred in allowing or failing to prevent the sale of Debtor's property at 5007 Liberty Heights Avenue, Baltimore, MD, for $380,000 during the automatic stay in violation of 11 U.S.C. § 362.
2. **Improper $400,000 Award** — Whether the Bankruptcy Court erred in awarding $400,000 to Mr. Rami for work performed during the automatic stay, rather than applying those funds to reduce Debtor's debt.
3. **Judicial Conduct** — Whether threats of incarceration made by the presiding judge toward the Debtor deprived him of a fair and impartial hearing in violation of due process.
4. **Trustee's Inaction** — Whether the Chapter 7 Trustee failed in his duties under 11 U.S.C. § 704 by not protecting estate property (5007 Liberty Heights Ave.) from sale during the automatic stay.
5. **Valuation Dispute** — Whether the Court erred in accepting creditor valuations without ordering an independent, licensed appraisal of any property proposed to be transferred or sold.
6. **Release of Counsel** — Whether the Court erred in releasing Debtor's attorney during active litigation, over Debtor's objection, depriving Debtor of effective representation.
7. **Adversary Proceeding Ignored** — Whether the Court erred in failing to hear and decide Debtor's adversary proceeding before issuing orders that disposed of Debtor's rights.
8. **Pro Se Procedural Penalty** — Whether penalizing Debtor for not filing a motion to release the record for appeal—despite his timely explanation of unawareness of this procedural rule as a pro se litigant—constitutes reversible error.

## DOCUMENT 3 – MOTION FOR STAY PENDING APPEAL

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
(Baltimore Division)

In re:
**Maurice Briscoe**, Debtor
Case No.: 23-12106
Chapter 7

### MOTION FOR STAY PENDING APPEAL

The Debtor, **Maurice Briscoe**, respectfully moves this Court pursuant to Fed. R. Bankr. P. 8007 to stay the enforcement of its **July 14, 2025 Order** pending resolution of Debtor's appeal to the United States District Court for the District of Maryland.

**Grounds for Stay:**

1. The property located at 5007 Liberty Heights Avenue, Baltimore, MD, was sold during the automatic stay for $380,000 in violation of 11 U.S.C. § 362.
2. The Court awarded $400,000 to Mr. Rami for alleged work performed during the stay instead of applying such amount to Debtor's obligations.
3. Debtor has never missed any scheduled hearings, video conferences, or court appearances when properly notified.
4. Debtor requests the appointment of a licensed, independent appraiser to determine the true value of any property proposed to be deeded to creditors.
5. The release of Debtor's attorney over objection and without adequate explanation deprived Debtor of effective representation.
6. The Court's actions, including threats of incarceration, have created an appearance of bias and undermined confidence in the fairness of the proceedings.

**Relief Requested:**

Debtor respectfully requests that the Court stay all sales, transfers, or disbursements of estate assets, and all enforcement of the July 14, 2025 order, until final resolution of the pending appeal.

DENIED

## DOCUMENT 4 – DESIGNATION OF RECORD ON APPEAL

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND**
(Baltimore Division)

In re:
**Maurice Briscoe**, Debtor
Case No.: 23-12106
Chapter 7

### DESIGNATION OF RECORD ON APPEAL

Pursuant to Fed. R. Bankr. P. 8009, the Debtor, **Maurice Briscoe**, designates the following items to be included in the record on appeal to the United States District Court for the District of Maryland from the Order entered on **July 14, 2025**:

1. All docket entries in Bankruptcy Case No. 23-12106 from March 29, 2023 to present.
2. The **Order entered July 14, 2025** (ECF No. ___).

3. All related motions, oppositions, and replies concerning the sale of 5007 Liberty Heights Avenue, including trustee's filings, creditor objections, and any orders authorizing or acknowledging the sale.
4. All filings and exhibits relating to the $400,000 award to Mr. Rami.
5. All filings and orders relating to the release of Debtor's counsel over objection.
6. Debtor's adversary proceeding complaint and related docket entries.
7. Transcripts of all hearings where the sale, $400,000 award, release of counsel, threats of incarceration, or record release procedure were discussed.
8. All exhibits introduced at such hearings.
9. Debtor's filings objecting to valuations and requesting independent appraisal.
10. All filings by Debtor related to complaints against the trustee or the judge.

## DOCUMENT 5 – CERTIFICATE OF SERVICE

I hereby certify that on this 11 day of August 2025, a copy of the foregoing **Notice of Appeal**, **Statement of Issues on Appeal**, **Motion for Stay Pending Appeal**, and **Designation of Record on Appeal** was served by first-class mail, postage prepaid, or CM/ECF upon:

- **Merrill Cohen**, Chapter 7 Trustee, Cohen, Baldinger & Greenfeld, LLC, 7910 Woodmont Avenue, Suite 1430, Bethesda, MD 20814
- **Stanford G. Gann, Jr.**, Counsel for Creditors, Levin Gann PA, 1 West Pennsylvania Avenue, Suite 900, Towson, MD 21204
- **Office of the U.S. Trustee**, 101 West Lombard Street, Suite 2625, Baltimore, MD 21201

/s/ Maurice Briscoe
Maurice Briscoe
9903 Nicol Court West
Mitchellville, MD 20721
Tel: 301-404-6932
Email: mauricebriscoe@msn.com

*Maurice Briscoe*

[DENIED stamp across document]